## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Valdovinos Jr, Salvador

Printed:  8/12/08

Case Number:  08 B 06599
Judge:  Wedoff, Eugene R
Filed:  3/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  June 26, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 660.00 |  |
| Secured: |  | 383.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 233.75 |
| Trustee Fee: |  | 42.90 |
| Other Funds: |  | 0.00 |
| Totals: | 660.00 | 660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 233.75 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 0.00 | 0.00 |
| 5. | Chase Bank | Secured | 0.00 | 0.00 |
| 6. | Home Loan Services | Secured | 0.00 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Secured | 19,254.00 | 339.85 |
| 8. | Great American Finance Company | Secured | 821.00 | 43.50 |
| 9. | WFNNB/Harlem Furniture | Secured | 1,779.00 | 0.00 |
| 10. | Chase Bank | Unsecured | 126.02 | 0.00 |
| 11. | Toyota Motor Credit Corporatio | Unsecured | 51.82 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 86.00 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 75.44 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 69.13 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 130.18 | 0.00 |
| 16. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | American General Finance | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | HSBC | Unsecured | | No Claim Filed |
| 25. | Target Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Valdovinos Jr, Salvador

Printed:  8/12/08

Case Number:  08 B 06599

Judge:  Wedoff, Eugene R

Filed:  3/20/08

_____                _____
$ 26,176.59                $ 617.10

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 6.5% | 42.90 |

_____
$ 42.90

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: